Southern District of West Virginia

Jovon Davis

V.

Mike Flanigan
Magistrate Judge

Temporary Restraint Order

CASE #: 1:18-cv-1409

FILED
NOV -5 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## Temporary Restrain Order

I Jovon Davis come today October 30th, 2018 As the Petitioner in the said style temporary restraint order because this court has jurisdiction over the subject matter.

On or about October 11th 2018 I went to my preliminary hearing in Mercer County in front of Magistrate Judge Mike Flanigan, in which the person who filed a complaint against me didn't appear in court to testify in detail to support the complaint. That lead up to the reporting officer to have to read the unsupported complaint without having personal knowledge of myself or the incident, because upon being questioned by my Attorney, the reporting officer could not identify me, nor did he arrest me or make an attempt to serve the complaint that was against me. My lawyer asked the reporting officer if he tried to contact the person that filed the complaint against me to appear in court and he stated "No". The D.A. did not supeona the person who filed the complaint against me. Mike Flanigan was my Magistrate Judge and I feel he bound me over to circuit with insufficient evidence. I believe this Magistrate Judge is

displaying a pattern of the Act of being prejudice, unjust and the ruling was in ERROR, that is causing me further injury if I continue to be detained and false inprisoned;

I am Actively seek medical treatment for congested heart failure, mental health treatment and was diagnosed with C.O.P.D. and I am not recieving none of my meds for any of my illnesses. Brandi Torres is my doctor at Med-Express and Chad Blankenship is my doctor at Sotherhighlands. The Magistrate Court or the Circuit Court will not let me out on a Personal Recognizance or even a simple bond to tend to my health. I am not sentence and I am still a U.S.A. citizen in the pursuit of life, good health and happiness and I will continue to be injured if this Court does not grant me relief to be released on bond or Personal recogniance to tend to my health.

Please order that I be release to pursue life, good health and happiness; to tend to my Health.

I swear under the penalty of purjy that all is true and correct to the best of my knowledge.

Date: 10/30/18      Jovon Davis
                    Jovon Davis
                    1200 Airport Rd
                    Beaver WV A 25813

Jovon Davis
INMATE NAME
34S5230
INMATE OID#
SOUTHERN REGIONAL JAIL
1200 AIRPORT ROAD
BEAVER, WV 25813

CHARLESTON WV 250
01 NOV 2018 PM 4 L

THE WRITER OF THIS LETTER
IS AN INMATE OF THE
SOUTHERN REGIONAL JAIL

RECEIVED
NOV - 5 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

U.S. Court House
300 Virginia St.
E. Charleston, WV.
25301

25301-250399